```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

RAMON PEREZ-MEJIAS,                :
                                   :    Civil Action No. 12-7836 (RMB)
          Petitioner,              :
                                   :
     v.                            :         **ORDER**
                                   :
JORDAN R. HOLLINGSWORTH,            :
                                   :
          Respondent.              :

THIS MATTER having come before the Court by way of petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241; and the Court having reviewed the petition; and for the reasons set forth in the Opinion filed herewith,

IT IS on this **25th** day of **June 2013**,

**ORDERED** that the petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is hereby DISMISSED for lack of jurisdiction; and it is further

**ORDERED** that the motion for "an emergency court order" (ECF No. 5) is DENIED; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon Petitioner by regular mail; and it is finally

**ORDERED** that the Clerk is directed to close the file accordingly.

```
                              s/Renée Marie Bumb
                              RENÉE MARIE BUMB
                              United States District Judge
```